# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 92-98 JSL |
| ) | |
| Plaintiff, ) | ORDER DENYING DEFENDANT'S |
| ) | EMERGENCY MOTION TO |
| v. ) | AMEND JUDGMENT OF |
| NICHOLAS SALTARIS, ) | CONVICTION RE: |
| ) | CITIZENSHIP STATUS |
| Defendant. ) | |
| _____ ) | |

Defendant Nicholas Saltaris' Emergency Motion To Amend Judgment Of Conviction Re: Citizenship Status was decided without hearing on April 7, 2008. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that Defendant's Emergency Motion To Amend Judgment Of Conviction Re: Citizenship Status is DENIED.

IT IS SO ORDERED.

DATED:_____April 7, 2008___    _____
                                                              J. Spencer Letts
                                                      United States District Judge