# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CV 01-11082 -JSL |
|---|---|---|
| Plaintiff, | ) | [CR 92-98 JSL] |
| | ) | |
| v. | ) | ORDER DENYING DEFENDANT'S MOTION TO COMPEL |
| NICHOLAS SALTARIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Nicholas Saltaris' Motion To Compel United States Probation Office, The Drug Enforcement Administration And The Bureau Of Prisons To Confirm Citizenship Information Of Defendant was decided without hearing on September 18, 2008. Having reviewed the papers filed in connection with this matter, having held a conference call with the parties' counsel on September 17, 2008, and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that Defendant's Motion To Compel United States Probation Office, The Drug Enforcement Administration And The Bureau Of Prisons To Confirm Citizenship Information Of Defendant is DENIED.

IT IS SO ORDERED.

DATED:_____September 18, 2008___     _____
                                       *Spencer Letts*
                                       J. Spencer Letts
                                       Senior United States District Judge